10 A.3d 888

IN THE MATTER OF KIMBERLY S. TYLER, AN ATTORNEY
AT LAW (ATTORNEY NO. 048881990).

January 24, 2011.

## ORDER

This matter having been duly presented to the Court by the Disciplinary Review Board pursuant to *Rule* 1:20–16(e), following a motion for discipline by consent (DRB 10–128) in respect of **KIMBERLY S. TYLER** of **NEWARK**, who was admitted to the bar of this State in 1990;

And the District XII Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of negligence), *RPC* 1.3 (lack of Diligence), *RPC* 1.4(b) (failure to communicate with client) and *RPC* 4.2 (a lawyer shall not communicate the subject of the representation with a person the lawyer knows, or by exercise of reasonable diligence should know to be represented by another lawyer);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.1(b), *RPC* 1.3, *RPC* 1.4(b) and *RPC* 4.2, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by-consent in District Docket Nos. XII–09–031E, XII–09–030E, XII–09–032E and XII–09–034E;

And **KIMBERLY S. TYLER** having been ordered to show cause why the Court should accept the discipline by consent or why the Court should not take such other action as it deems appropriate;

And good cause appearing;

It is ORDERED that **KIMBERLY S. TYLER** is hereby reprimanded; and it is further

ORDERED that respondent shall refund the sum of $290 in the *Jones–Williams* matter within sixty days after the filing date of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.